00-6116

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE
BANDSTRA

In re:                                CASE NO. 97-21399-BKC-PGH
                                      Chapter 7 Proceeding

HCL AVIATION, INC.,
d/b/a Av Atlantic,

    Debtor.
_____/

MARIKA TOLZ, Trustee of the          ADV. No. 99-2081-BKC-PGH-A
Estate of HCL Aviation, Inc.,

    Plaintiff,
v.

STAMBAUGH AVIATION, INC.,

    Defendant.
_____/

### NOTICE OF APPEAL

STAMBAUGH AVIATION, INC., the Defendant, appeals under 28 U.S.C. §158(a) from the judgment of the bankruptcy judge, the Honorable Thomas S. Utschig, entered orally on September 29, 1999, at the conclusion of the trial in this adversary proceeding. As of the date of the filing of this Notice of Appeal, the judgment had not officially been entered with the clerk.

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    Marika Tolz, Trustee of the Estate of HCL Aviation, Inc.
    Attorney: Reggie Sanger
    208 South East Ninth Street
    Fort Lauderdale, Florida 33316
    Telephone: 954-463-8547
    Fax: 954-463-8356



Stambaugh Aviation, Inc.
Attorney: Phillip M. Hudson III
One Biscayne Tower
Two South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: 305-376-6000
Fax: 305-376-6010

Dated: 10/8/99

GUNSTER, YOAKLEY, VALDES-FAULI
& STEWART, P.A.
Attorneys for Appellant
Suite 3400, One Biscayne Tower
Miami, Florida 33131-1897
Telephone (305)376-6000
Fax (305)376-6010

BY: *Ken Davis* (signature)
PHILLIP M. HUDSON III
FLA. BAR NO. 518743

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in U.S.C. §158(c), to have the appeal heard by the district court.