# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:  
**HCL AVIATION**

Case Number _____  
Chapter **7**  
Adv. Case Number: **99-2081-PGH-A**  
County of Residence **BROWARD**

## - TRANSMITTAL OF RECORD TO DISTRICT COURT -

[xxx]  Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal Filed on **October 26, 1999**

[ ]  Request to Expedite Appeal attached.

[ ]  Related District Court Case # _____  
(Assigned to Motion filed pursuant to USDC 87.4 C or D)

**The Party or Parties Included in the Appeal to District Court:**

APPELLANT(S): **STAMBAUGH AVIATION, INC**  
ATTORNEY: **PHILLIP M HUDSON**  
**One Biscayne Tower # 3400**  
**Miami, FL  33131**

APPELLEE(S): **MARIKA M TOLZ**  
ATTORNEY: **REGGIE D SANGER**  
**208 SE 9 St**  
**Fort Lauderdale, FL  33316**

Title & Date of Order Appealed: **FINAL JUDGMENT**

Entered on Docket Date: **October 26, 1999**    Docket No. **58**

[XXX]  Designation in Appeal (See Attached)  
[ ]    Designation in Cross Appeal (See Attached)  
[XXX]  Copy of Docket  
[ ]    Exhibits _____  
[XXX]  Transcript(s) of Hearing on **9-29-99**  
[ ]    Other _____

KAREN EDDY, CLERK OF COURT  
By: _____ygierd  
Deputy Clerk, USBC  
Telephone No: **954-769-5700**

Dated: **January 21, 2000**

---

## - RULE 8007 ACKNOWLEDGMENT OF DOCKETING IN DISTRICT COURT -

DISTRICT COURT CASE NUMBER: **00-6116 CIV-MIDDLEBROOKS**

DATE OF DOCKETING: Jan. 26, 2000

**MAGISTRATE BANDSTRA**

CARLOS JUENKE  
Court Administrator/Clerk of Court  
By: _Barbara Railback_  
Deputy Clerk, USDC  
Telephone No: _____

COPIES TO:  
WHITE COPY - USDC  
GREEN COPY - ATTORNEY FOR APPELLANT  
CANARY COPY - ATTORNEY FOR APPELLEE  
PINK COPY - RETURN TO USBC  
GOLDENROD COPY - RETAINED BY USBC

CF-A2 (10/01/96)

```
                    U.S. Bankruptcy Court              00-6116
             Southern District of Florida (Broward)

              Adversary Proceeding #: 99-2081                CIV-MIDDLEBROOKS
Date filed: 3/8/99                          Date terminated: 11/9/99
Assigned to: Judge Paul G. Hyman, Jr.                       MAGISTRATE
Related Bankruptcy Case #: 97-21399                         BANDSTRA
In Re: HCL Aviation, Inc.,
Demand: $0,000                              Nature of Suit: 454


=========================              * Attorneys *

MARIKA TOLZ                            Reggie David Sanger, Esq
c/o Reggie D Sanger                    208 SE 9 St
208 SE 9 St                            Ft. Lauderdale, FL 33316
Ft. Lauderdale, FL 33316               954-463-8547
     * Plaintiff *


   v.

STAMBAUGH AVIATION, INC                Phillip M Hudson III, Esq
     * Defendant *                     2 S Biscayne Blvd #3400
                                       Miami, FL 33131
                                       305-376-6000
```

```
Proceedings include events between 1/1/99 and 1/25/00.                CLOSED
99-2081      Marika Tolz v. Stambaugh Aviation, Inc                   APPEAL
```

| Date | # | Description |
|---|---|---|
| 3/8/99 | 1 | Complaint (99-2081) Marika Tolz vs. Stambaugh Aviation, Inc NOS 454 Recover Money/Property (Fee Pd) (hm) [EOD 03/09/99] [99-2081] |
| 3/8/99 | 2 | Summons Issued on Stambaugh Aviation, Inc in 99-02081 Answer due 4/2/99 for Stambaugh Aviation, Inc ;Pretrial Hearing scheduled for 9:30 6/7/99 at Room 308, Ft. Lauderdale. Trial to be Set at Pretrial. (hm) [EOD 03/09/99] [99-2081] |
| 3/8/99 | 3 | Order ( 3/8/99) Setting Filing/Disclosure Requirements for Pretrial/Trial. Initial Disclosures of Witnesses and Documents Shall Be Made At Least 30 Days Before the Pretrial Date. Last day for filing is: 5/7/99. (EOD 3/9/99) (hm) [EOD 03/09/99] [99-2081] |
| 3/11/99 | 4 | Summons Served 3/10/99 on Stambaugh Aviation, Inc and David A Strong. (hm) [EOD 03/15/99] [99-2081] |
| 3/22/99 | 5 | Request for Production of Documents By Plaintiff Marika Tolz From: Defendant . (hm) [EOD 03/24/99] [99-2081] |
| 3/29/99 | 6 | Notice of Service of Interrogatories By Plaintiff Marika Tolz . (ed) [EOD 03/31/99] [99-2081] |
| 4/2/99 | 7 | Motion By Defendant Stambaugh Aviation, Inc To Dismiss Case . (hm) [EOD 04/06/99] [99-2081] |
| 4/2/99 | 8 | Answer To Complaint by Defendant Stambaugh Aviation, Inc . and Affirmative Defenses. (hm) [EOD 04/06/99] [Edit date 04/06/99] [99-2081] |
| 4/13/99 | 9 | Notice of Hearing by Phillip M Hudson III for Defendant Stambaugh Aviation, Inc RE: [7-1] Motion To Dismiss Case by Stambaugh Aviation, Inc Schd For 9:30 4/26/99 at Room 308, Ft. Lauderdale (hm) [EOD 04/15/99] [99-2081] |
| 4/16/99 | 10 | Notice Filed By Defendant Stambaugh Aviation, Inc To Withdraw Document. Terminating [7-1] Motion To Dismiss Case by Stambaugh Aviation, Inc . (sh) [EOD 04/20/99] [99-2081] |
| 4/23/99 | 11 | Reply By: Plaintiff Marika Tolz Re: [8-1] Answer/Affirmative Defenses by Stambaugh Aviation, Inc (hm) [EOD 04/26/99] [99-2081] |
| 5/4/99 | 12 | Initial Disclosure Required by Order Setting Filing and Disclosure Requirements for Pretrial and Trial Filed By: Plaintiff Marika Tolz. (hm) [EOD 05/07/99] [99-2081] |
| 5/7/99 | 13 | Certificate Of Service By Reggie David Sanger for Plaintiff Marika Tolz Of [12-1] 26 Rule by Marika Tolz . (hm) [EOD 05/11/99] [99-2081] |

```
Proceedings include events between 1/1/99 and 1/25/00.              CLOSED
99-2081       Marika Tolz v. Stambaugh Aviation, Inc                APPEAL

5/10/99   14    Notice of Filing Notice of Absence From Jurisdiction From
                8-26-99 through 9-6-99 By Reggie David Sanger for Plaintiff
                Marika Tolz (hm) [EOD 05/11/99] [99-2081]

5/11/99   15    Ex Parte Motion By  Plaintiff Marika Tolz To Shorten Time
                To Respond to Discovery (hm) [EOD 05/12/99] [99-2081]

5/14/99   16    Order ( 5/14/99) Granting [15-1] Motion To Shorten Time To
                Respond to Discovery by Marika Tolz.  Parties Shall Respond
                to Discovery Within 10 Days  of Servie of Said Discovery.
                (EOD 5/18/99) (hm) [EOD 05/18/99] [99-2081]

5/18/99   18    Notice By  Plaintiff Marika Tolz  To Take Deposition Of
                Defendant on 5-27-99 @ 3:00. (hm) [EOD 05/21/99]
                [99-2081]

5/20/99   17     Plaintiff Marika Tolz's Disclosure of Expert Witness. (nca)
                [EOD 05/20/99] [99-2081]

5/24/99   19    Notice of Filing Resume of Expert Witness By Reggie David
                Sanger for Plaintiff Marika Tolz (hm) [EOD 05/25/99]
                [99-2081]

5/28/99   20    Motion By  Plaintiff Marika Tolz To Extend Pretrial
                Procedures and Deadlines (hm) [EOD 06/01/99]
                [99-2081]

5/28/99   21    Re-Notice By  Plaintiff Marika Tolz  To Take Deposition Of
                Person With Most Knowledge at Stambaugh Aviation, Inc on
                6/4/99 @ 10:00. (hm) [EOD 06/01/99] [99-2081]

6/3/99    22    Ex Parte Motion By  Plaintiff Marika Tolz To Continue
                Pretrial  On:( [1-1] Complaint NOS 454 Recover
                Money/Property ) . (hm) [EOD 06/04/99] [99-2081]

6/7/99    23    Amended [12-1] 26 Rule . Filed by:  Plaintiff Marika Tolz
                (hm) [EOD 06/08/99] [99-2081]

6/7/99    24    Order ( 6/7/99) Granting [22-1] Motion To Continue Pretrial
                On:( [1-1] Complaint NOS 454 Recover Money/Property ) by
                Marika Tolz.  Pretrial Hearing Reset To 9:30 8/30/99 at
                Room 308, Ft. Lauderdale.  (EOD 6/8/99) (hm) [EOD 06/08/99]
                [99-2081]

6/10/99   25    Certificate Of Service By Reggie David Sanger for Plaintiff
                Marika Tolz  Of [24-1] Order Continuing Pretrial. (bd)
                [EOD 06/11/99] [99-2081]

6/14/99   26    Ex PaMotion By  Plaintiff Marika Tolz To Continue Pretrial
                Conference  and Pretrial Procedures On:( [1-1] Complaint
                NOS 454 Recover Money/Property ) . (hm) [EOD 06/16/99]
                [99-2081]
```

```
Proceedings include events between 1/1/99 and 1/25/00.              CLOSED
99-2081      Marika Tolz v. Stambaugh Aviation, Inc                 APPEAL

6/21/99   27    Order ( 6/21/99) Granting [26-1] Motion To Continue
                Pretrial Conference  and Pretrial Procedures On:( [1-1]
                Complaint NOS 454 Recover Money/Property ) by Marika Tolz.
                 Pretrial Hearing Reset To 9:30 9/7/99 at Room 308, Ft.
                Lauderdale. Pretrial Procedures Are Extended Accordingly.
                (EOD 6/23/99) (hm) [EOD 06/23/99] [99-2081]

6/22/99   28    Response By:  Defendant Stambaugh Aviation, Inc Re: [5-1]
                Production of Document Request  by Marika Tolz (hm)
                [EOD 06/24/99] [99-2081]

6/23/99   29    Certificate Of Service By Reggie David Sanger for Plaintiff
                Marika Tolz  Of [27-1] Order on Motion to Continue Pretrial
                (hm) [EOD 06/24/99] [99-2081]

7/27/99   30    Amended [12-1] Rule  26 Filed by:  Plaintiff Marika Tolz (hm
                [EOD 07/28/99] [99-2081]

8/2/99    31    Notice By  Defendant Stambaugh Aviation, Inc   To Take
                Deposition Of Maurice Morissette on 7-13-99 @ 1:00. (hm)
                [EOD 08/04/99] [99-2081]

8/11/99   32    Notice By  Plaintiff Marika Tolz   To Take Deposition Of
                Avis Washington on 8-20-99 @ 10:00. (hm) [EOD 08/12/99]
                [99-2081]

8/11/99   33    Notice By  Plaintiff Marika Tolz   To Take Deposition Of
                Christina Gqiazdzinski on 8-19-99 @ 3:00. (hm)
                [EOD 08/12/99] [99-2081]

8/11/99   34    Notice By  Plaintiff Marika Tolz   To Take Deposition Of
                Bookkeeper of Stambaugh Aviation, Inc on 8-20-99 @ 3:00. (hm
                [EOD 08/12/99] [99-2081]

8/18/99   35    Cross-Notice By  Plaintiff Marika Tolz   To Take Deposition
                Of Christina Gqiazdzinski on 9-3-99 @ 3:00. (hm)
                [EOD 08/20/99] [99-2081]

8/18/99   36    Motion By  Plaintiff Marika Tolz To Extend Time to File
                Plaintiff's Expert Witness Reports (hm) [EOD 08/20/99]
                [99-2081]

8/18/99   37    Cross Notice By  Plaintiff Marika Tolz   To Take Deposition
                Of Avis Washington on 9-3-99 @ 9:30. (hm) [EOD 08/25/99]
                [99-2081]

8/24/99   38    Subpoena of: Mitchell Silvey. Executed On 8/19/99. (hm)
                [EOD 08/25/99] [99-2081]

8/25/99   39    Response By:  Plaintiff Marika Tolz to Defendant's Request
                for Production of Documents.  (Not on Docket) (hm)
                [EOD 08/26/99] [99-2081]

8/25/99   40    Subpoena of: Avis Washington. Executed On 8-12-99. (hm)
```

```
Proceedings include events between 1/1/99 and 1/25/00.                CLOSED
99-2081        Marika Tolz v. Stambaugh Aviation, Inc                 APPEAL
                       [EOD 08/26/99] [99-2081]

8/25/99     41     Subpoena of: Christina Gqiazdzinski. Executed On 8/12/99.
                   (hm) [EOD 08/26/99] [99-2081]

8/27/99     42     Notice of Hearing by Reggie David Sanger for Plaintiff
                   Marika Tolz RE: [36-1] Motion To Extend Time to File
                   Plaintiff's Expert Witness Reports by Marika Tolz schd For
                   9:30 9/7/99 at Room 308, Ft. Lauderdale (bd) [EOD 08/30/99]
                   [99-2081]

9/8/99      43     Notice By Defendant Stambaugh Aviation, Inc  To Take
                   Deposition Of Cheryl Grue on 9/21/99 at 10:00 am. (ed)
                   [EOD 09/15/99] [99-2081]

9/13/99     44     Transcript of 9-7-99 Pretrial Conference and Hearing on
                   Motion to Extend Time to File Plaintiff's Expert Witness
                   Report by Trustee. (hm) [EOD 09/17/99] [99-2081]

9/16/99     45     Re-Notice By Defendant Stambaugh Aviation, Inc  To Take
                   Deposition Of Cheryl Grue on 9-21-99 @ 9:30. (hm)
                   [EOD 09/20/99] [99-2081]

9/21/99     46     Order ( 9/20/99) Setting Trial Hearing Re: [1-1] Complaint
                   NOS 454 Recover Money/Property Before Visiting Judge Thomas
                   S Utschig. Trial scheduled for 9:30 9/27/99 at Room 1409,
                   Miami. (EOD 9/21/99) (hm) [EOD 09/21/99] [99-2081]

9/21/99     47     Cross Notice By Plaintiff Marika Tolz  To Take Deposition
                   Of Cheryl Grue on 9-21-99 @ 9:30. (hm) [EOD 09/22/99]
                   [99-2081]

9/24/99     48     Notice By Plaintiff Marika Tolz  To Take Deposition Of
                   David Willse on 9/24/99 @ 2:00. (hm) [EOD 09/27/99]
                   [99-2081]

9/24/99     49     Order ( 9/24/99) Granting [36-1] Motion To Extend Time to
                   File Plaintiff's Expert Witness Reports by Marika Tolz.
                   Time Extended Until 9-10-99 For Defendant and 9-22-99 for
                   Plaintiff. (EOD 9/27/99) (hm) [EOD 09/27/99]
                   [99-2081]

9/24/99     52     Notice of Filing By Plaintiff Marika Tolz Re: Plaintiff's
                   Opening Statement (mcl) [EOD 09/29/99] [99-2081]

9/24/99     53     Objection By Plaintiff Marika Tolz to Expert Witness Report
                   of Dave Willse (mcl) [EOD 09/29/99] [99-2081]

9/24/99     56     Transcript of 9-24-99 Deposition of David Wilse. (hm)
                   [EOD 10/19/99] [99-2081]

9/24/99     65     Exhibit List by Plaintiff Marika Tolz . (hm) [EOD 11/17/99]
                   [99-2081]


Docket as of January 25, 2000 10:03 am                         Page 5
```

```
Proceedings include events between 1/1/99 and 1/25/00.                CLOSED
99-2081      Marika Tolz v. Stambaugh Aviation, Inc                   APPEAL

9/24/99   66    Exhibit Register by Defendant Stambaugh Aviation, Inc . (hm)
                [EOD 11/17/99] [99-2081]

9/24/99   67    Exhibit Register by Defendant Stambaugh Aviation, Inc . (hm)
                [EOD 11/17/99] [99-2081]

9/24/99   68    Exhibit List by Plaintiff Marika Tolz . (hm) [EOD 11/17/99]
                [99-2081]

9/27/99   50    Notice of Filing By Plaintiff Marika Tolz Re: Opening
                Statement (lt) [EOD 09/29/99] [99-2081]

9/28/99   51    Response By: Defendant Stambaugh Aviation, Inc Re:
                Plaintiff's Objection to expert witness report of Dave
                Willse   ***not on docket*** (lt) [EOD 09/29/99]
                [99-2081]

9/28/99   54    Certificate Of Service By Reggie David Sanger for Plaintiff
                Marika Tolz  Of [49-1] Order on Motion to Extend Time to
                File Expert Witness Report. (mcl) [EOD 09/29/99]
                [99-2081]

10/8/99   55    Notice of Appeal by Defendant Stambaugh Aviation, Inc Re:
                Oral Ruling From 9-29-99 Hearing by the Honorable Thomas S
                Utschig.  (Fee Pd) (hm) [EOD 10/14/99] [99-2081]

10/21/99  57    Findings of Fact and Conclusions of Law (10-13-99 T S
                UTSCHIG) (EOD 10/26/99) (hm) [EOD 10/26/99] [99-2081]

10/21/99  58    Final Judgment (10/13/99 T S UTSCHIG)  for Plaintiff Marika
                Tolz  Against Defendant Stambaugh Aviation, Inc.  (EOD
                10/26/99) (hm) [EOD 10/26/99] [99-2081]

10/26/99  59    Notice of Entry of Judgment. (hm) [EOD 10/26/99]
                [99-2081]

10/26/99  60    Copy Notice Of Appeal By Stambaugh Aviation, Inc; Appeal
                Designation Due: 11/5/99 RE: [58-1] Final Judgment Order by
                Stambaugh Aviation, Inc, Marika Tolz. (Fee Paid)  (Appeal
                Originally File on 10-8-99 on Oral Ruling) (hm)
                [EOD 11/03/99] [99-2081]

11/3/99   61    Court's Certificate of Mailing  Re: [60-1] Notice Appeal
                by Stambaugh Aviation, Inc . (hm) [EOD 11/03/99]
                [99-2081]

11/3/99   62    Amended [60-1] Notice Appeal . Filed by: Defendant
                Stambaugh Aviation, Inc (hm) [EOD 11/05/99] [99-2081]

11/5/99   63    Motion By Defendant Stambaugh Aviation, Inc in 99-02081
                For Extension of Time to File Designation of Items and
                Statement of Issues to be Presented Pursuant to Bankruptcy
                Rule 8006 (hm) [EOD 11/09/99] [99-2081]
```

```
Proceedings include events between 1/1/99 and 1/25/00.              CLOSED
99-2081        Marika Tolz v. Stambaugh Aviation, Inc                APPEAL

11/9/99    --    Disposition of Adversary (99-2081) Granting [1-1] Complaint
                 NOS 454 Recover Money/Property (hm) [EOD 11/09/99]
                 [99-2081]

11/9/99    --    Adversary Case (99-2081) Closed. (hm) [EOD 11/09/99]
                 [99-2081]

11/9/99    64    Order ( 11/9/99) Granting [63-1] Motion For Extension of
                 Time to File Designation of Items and Statement of Issues
                 to be Presented Pursuant to Bankruptcy Rule 8006 by
                 Stambaugh Aviation, Inc.  Time Extended Until 11/15/99.
                 (EOD 11/12/99) (hm) [EOD 11/12/99] [99-2081]

11/17/99   69    Motion By Defendant Stambaugh Aviation, Inc For Stay
                 Pending Appeal (hm) [EOD 11/19/99] [99-2081]

11/17/99   69    Motion by Defendant Stambaugh Aviation, Inc for Approval
                 of Supersedeas (hm) [EOD 11/19/99] [99-2081]

11/18/99   70    Notice of Hearing by Phillip M Hudson III for Defendant
                 Stambaugh Aviation, Inc RE: [69-1] Motion For Stay Pending
                 Appeal by Stambaugh Aviation, Inc Schd For 10:30 11/22/99
                 at Room 308, Ft. Lauderdale, [69-1] Motion for Approval of
                 Supersedeas by Stambaugh Aviation, Inc Schd For 10:30
                 11/22/99 at Room 308, Ft. Lauderdale (hm) [EOD 11/23/99]
                 [99-2081]

11/19/99   71    Response By:  Plaintiff Marika Tolz Re: [69-1] Motion For
                 Stay Pending Appeal by Stambaugh Aviation, Inc, [69-1]
                 Motion for Approval of Supersedeas by Stambaugh Aviation,
                 Inc (hm) [EOD 11/23/99] [99-2081]

11/24/99   72    Statement by  Defendant Stambaugh Aviation, Inc  of Issues
                 on Appeal Re: [60-1] Notice Appeal  by Stambaugh Aviation,
                 Inc . (hm) [EOD 11/29/99] [99-2081]

11/24/99   73    Designation By Appellant Stambaugh Aviation, Inc Of
                 Contents For Inclusion In Record On Appeal Re: [60-1]
                 Notice Appeal  by Stambaugh Aviation, Inc;  Transmission
                 Due: 12/27/99 (hm) [EOD 11/29/99] [99-2081]

11/30/99   74    Amended [73-1] Appeal Designation . Filed by:  Defendant
                 Stambaugh Aviation, Inc (hm) [EOD 12/02/99] [99-2081]

11/30/99   76    Notice of Filing Supersedeas Bond By Phillip M Hudson III
                 for Defendant Stambaugh Aviation, Inc. (hm) [EOD 12/03/99]
                 [99-2081]

11/30/99   79    Order ( 11-30-99 TS UTSCHIG) Granting [69-1] Motion For
                 Stay Pending Appeal by Stambaugh Aviation, Inc; Granting
                 [69-1] Motion for Approval of Supersedeas Bond  by
                 Stambaugh Aviation, Inc.  (EOD 12/9/99) (hm) [EOD 12/10/99]
                 [99-2081]
```

```
Proceedings include events between 1/1/99 and 1/25/00.              CLOSED
99-2081        Marika Tolz v. Stambaugh Aviation, Inc                APPEAL

12/2/99    75   Notice of Deficiency Related to Filing of Appeal Re: [60-1]
                Notice Appeal  by Stambaugh Aviation, Inc; Ddl Filing
                Copies on Appeal Designation is: 12/17/99 (hm)
                [EOD 12/03/99] [99-2081]

12/2/99    77   Certificate Of Service By Phillip M Hudson III for
                Defendant Stambaugh Aviation, Inc  Of [64-1] Order on
                Motion for Extension of Time. (hm) [EOD 12/06/99]
                [99-2081]

12/3/99    78   Designation By Appellee Marika Tolz Of Contents For
                Inclusion In Record On Appeal Re: [60-1] Notice Appeal  by
                Stambaugh Aviation, Inc; Transmission Due: 1/3/00 (hm)
                [EOD 12/06/99] [99-2081]

12/8/99    80   Notice of Compliance by Phillip M Hudson III for Defendant
                Stambaugh Aviation, Inc in re: Local Rule 8006-1(B). (hm)
                [EOD 12/10/99] [99-2081]

12/13/99   81   Notice of Compliance by Reggie David Sanger for Plaintiff
                Marika Tolz in re: Local Rule 8006-1(B). (hm) [EOD 12/14/99]
                [99-2081]

12/13/99   82   Transcript Requested by Defendant Stambaugh Aviation, Inc
                Re: [60-1] Notice Appeal  by Stambaugh Aviation, Inc
                Transcript Request Due on 1/12/00. (hm) [EOD 12/17/99]
                [99-2081]

12/23/99   83   Motion By Plaintiff Marika Tolz To Compel Proper Posting
                of Supersedeas Bond . (hm) [EOD 12/23/99] [99-2081]

1/3/00     84   Notice of Hearing by Reggie David Sanger for Plaintiff
                Marika Tolz RE: [83-1] Motion To Compel Proper Posting of
                Supersedeas Bond by Marika Tolz schd For 9:30 1/18/00 at
                Room 308, Ft. Lauderdale (bd) [EOD 01/04/00]
                [99-2081]

1/3/00     85   Transcript of 9/29/99 Trial [This pleading is in an
                expandable folder] (bd) [EOD 01/04/00] [99-2081]

1/19/00    86   Notice of Hearing by Reggie David Sanger for Plaintiff
                Marika Tolz RE: [83-1] Motion To Compel Proper Posting of
                Supersedeas Bond by Marika Tolz Schd For 9:30 2/22/00 at
                Room 308, Ft. Lauderdale (hm) [EOD 01/20/00]
                [99-2081]

1/25/00    87   Transmission of Record on Appeal to Dist Ct. Re: [60-1]
                Notice Appeal  by Stambaugh Aviation, Inc (hm)
                [EOD 01/25/00] [99-2081]
```



Certified to be a true and correct copy of the original.
Karen Eddy, Clerk
U.S. Bankruptcy Court
So. Dist. of Fla.
By /s/ H S Montuyand
Deputy Clerk
Date Jan. 25, 2000

Docket as of January 25, 2000 10:03 am              Page

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE