UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-21399-BKC-PGH
CHAPTER 7 PROCEEDING

IN RE:

HCL AVIATION, INC.,

    Debtor.
_____/

MARIKA TOLZ, Trustee of the Estate of
HCL Aviation, Inc.,

ADV. NO: 99-2081-BKC-PGH-A

    Plaintiff,
vs.

STAMBAUGH AVIATION, INC.,

    Defendant.
_____/

## APPELLEE'S DESIGNATION OF RECORD ON APPEAL

Plaintiff/Appellee, MARIKA TOLZ, TRUSTEE, by and through her undersigned counsel hereby files her Designation of Record on Appeal, and requests the Clerk to include the additional following items on the record on appeal:

CP 55  Notice of Appeal by Defendant, Stambaugh Aviation, Inc., re: Oral Ruling from 9-29-99 Hearing by the Honorable Thomas S. Utschig [EOD 10/14/99]

CP 54  Certificate of Service by Reggie David Sanger for Plaintiff, Marika Tolz of Order on Motion to Extend Time to File Expert Witness Report [EOD 9/29/99]

CP 10  Notice filed by Defendant, Stambaugh Aviation, Inc., to Withdraw Document Terminating Motion to Dismiss Case by Stambaugh Aviation, Inc., [EOD 4/20/99]

CP 7    Motion by Defendant, Stambaugh Aviation, Inc., to Dismiss Case [EOD 04/06/99]

CP 3    Order Setting Filing/Disclosure Requirements for Pretrial/Trial, Initial Disclosures of Witnesses and Documents Shall be Made at Least 30 Days Before the Pretrial Date [EOD 03/09/99]

CP 2    Summons Issued on Stambaugh Aviation, Inc., in 99-02081 Answer due 4/2/99 for Stambaugh Aviation, Inc.; Pretrial Hearing scheduled for 9:30 6/7/99 at Room 308, Fort Lauderdale. Trial to be set at Pretrial. [EOD 03/09/99]



I HEREBY CERTIFY that a true copy of the foregoing was furnished by mail **Philip M. Hudson, III, Esquire**, GUNSTER, YOAKLEY, VALDES-FAULI & STEWART, P.A., One Biscayne Tower, Suite 3400, 2 South Biscayne Boulevard, Miami, FL 33131-1897 on this 2nd day of December, 1999.

*I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090A.*

REGGIE DAVID SANGER, P.A.
208 S.E. 9th Street
Fort Lauderdale, FL 33316
Tel. (954) 463-8547
Fax (954) 463-8356

By: _____
Reggie David Sanger, Esquire
Florida Bar No: 231215

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE