UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                              CASE NO. 97-21399-BKC-PGH
                                                    Chapter 7 Proceeding
HCL AVIATION, INC.,
d/b/a Av Atlantic,

    Debtor.
_____/

MARIKA TOLZ, Trustee of the                         ADV. No. 99-2081-BKC-PGH-A
Estate of HCL Aviation, Inc.,

    Plaintiff/Appellee,
v.

STAMBAUGH AVIATION, INC.,

    Defendant/Appellant.
_____/

## AMENDED DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Defendant/Appellant, STAMBAUGH AVIATION, INC. ("Stambaugh"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby files this Amended Designation of Items to be Included in the Record to clarify the items from the record designated by Defendant Stambaugh Aviation, Inc. in its Designation of Items to be Included in the Record filed on November 24, 1999 and directs the Clerk to include in the record on appeal all those items described below:

| | | |
|---|---|---|
| 1 | 03/08/99 | Complaint (99-2081) Marika Tolz vs. Stambaugh Aviation, Inc. NOS 454 Recover Money/Property |
| 5 | 03/22/99 | Request for Production of Documents by Plaintiff Marika Tolz from: Defendant |
| 6 | 03/29/99 | Notice of Service of Interrogatories by Plaintiff Marika Tolz |

| 8 | 04/02/99 | Answer to Complaint by Defendant Stambaugh Aviation, Inc. and Affirmative Defenses |
|---|---|---|
| 11 | 04/23/99 | Reply By: Plaintiff Marika Tolz Re: Answer/Affirmative Defenses by Stambaugh Aviation, Inc. |
| 12 | 05/04/99 | Initial Disclosure Required by Order Setting Filing and Disclosure Requirements for Pretrial and Trial Filed By: Plaintiff Marika Tolz |
| 17 | 05/20/99 | Plaintiff Marika Tolz's Disclosure of Expert Witness |
| 19 | 05/24/99 | Notice of Filing Resume of Expert Witness by Reggie David Sanger for Plaintiff Marika Tolz |
| 23 | 06/07/99 | Amended [12-1] Rule 26 Disclosure Filed by: Plaintiff Marika Tolz |
| 30 | 07/27/99 | Amended [12-1] Rule 26 Disclosure Filed by: Plaintiff Marika Tolz |
| 46 | 09/21/99 | Order (9/20/99) Setting Trial Hearing Re: [1-1] Complaint NOS 454 Recover Money/Property Before Visiting Judge Thomas S. Utschig |
| 50 | 09/27/99 | Notice of Filing by Plaintiff Marika Tolz Re: Opening Statement |
| 51 | 09/28/99 | Response By: Stambaugh Aviation, Inc. Re: Plaintiff's Objection to Expert Witness Report of Dave Willse |
| 52 | 09/24/99 | Notice of Filing By Plaintiff Marika Tolz Re: Plaintiff's Opening Statement |
| 53 | 09/24/99 | Objection By Plaintiff Marika Tolz to Expert Witness Report of Dave Willse |
| 56 | 09/24/99 | Transcript of 9/24/99 Deposition of David Willse |
| 57 | 10/21/99 | Findings of Fact and Conclusions of Law |
| 58 | 10/21/99 | Final Judgment for Plaintiff Marika Tolz Against Defendant Stambaugh Aviation, Inc. |
| 59 | 10/26/99 | Notice of Entry of Judgment |
| 60 | 10/26/99 | Copy Notice of Appeal by Stambaugh Aviation, Inc.; Appeal Designation Due: 11/5/99 re: [58-1] Final Judgment Order by Stambaugh Aviation, Inc., Marika Tolz |

| 61 | 11/03/99 | Court's Certificate of Mailing re: [60-1] Notice of Appeal by Stambaugh Aviation, Inc. |
|---|---|---|
| 62 | 11/03/99 | Amended [60-1] Notice of Appeal Filed by: Defendant Stambaugh Aviation, Inc. |
| 65 | 09/24/99 | Exhibit List by Plaintiff Marika Tolz |
| 66 | 09/24/99 | Exhibit Register by Defendant Stambaugh Aviation, Inc. |
| 67 | 09/24/99 | Exhibit Register by Defendant Stambaugh Aviation, Inc. |
| 68 | 09/24/99 | Exhibit List by Plaintiff Marika Tolz |

In addition to the above, the Clerk is directed to include in the record all trial exhibits and the trial transcript.

I HEREBY CERTIFY that a copy of the foregoing has been furnished via U.S. Mail to:

**Reggie David Sanger, Esq.**, 208 S.E. 9th Street, Fort Lauderdale, Florida 33316 this 30th day of November, 1999.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

> GUNSTER, YOAKLEY, VALDES-FAULI &
>   STEWART, P.A.
> Attorneys for STAMBAUGH AVIATION, INC.
> Suite 3400, One Biscayne Tower
> 2 South Biscayne Boulevard
> Miami, Florida 33131-1897
> Telephone: (305) 376-6052
>
> BY: _____
>     PHILLIP M. HUDSON, III
>     FLA. BAR NO. 518743

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE