UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Southern Division - Miami



CASE NO.: 00-6116-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

In re:  USBC CASE NO.: 97-21399-BKC-PGH
Chapter 7 Proceeding

HCL AVIATION, INC.,
d/b/a Av Atlantic,

    Debtor.
_____/

MARIKA TOLZ, Trustee of the  USBC ADV. NO.: 99-2081-BKC-PGH-A
Estate of HCL Aviation, Inc.,

    Plaintiff / Appellee,

v.

STAMBAUGH AVIATION, INC.,

    Defendant / Appellant.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

Appellant, Stambaugh Aviation, Inc. ("Stambaugh") by and through undersigned counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., Rule 8011 of the Fed. R. Bankr. P. and Rule 87.4 of the Local Rules, move for an extension of time within which to file its initial brief and states as follows:

1.    Stambaugh's initial brief is currently due on February 10, 2000.

2.    Counsel is in the process of preparing the initial brief; however, it is necessary to request a 20-day extension of time to and including March 1, 2000 for Stambaugh to file and serve its initial appellate brief.

USDC Appellate Case No.: 00-6116-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

3. Undersigned counsel has conferred with counsel for Trustee regarding this matter and Trustee's counsel has no objection to the extension.

4. This motion is made in good faith and not for any improper purpose.

5. A proposed Order granting this motion is submitted herewith.

**WHEREFORE**, Appellant Stambaugh Aviation, Inc. respectfully requests the Court enter an Order granting Stambaugh's motion for extension of time through and including February 28, 2000 to file their initial appellate brief.

Respectfully submitted,

GUNSTER, YOAKLEY, VALDES-FAULI & STEWART, P.A.
Attorneys for Stambaugh Aviation, Inc.
One Biscayne Tower, Suite 3400
Two South Biscayne Boulevard
Miami, Florida 33131-1897
PH: (305) 376-6000
FX: (305) 376-6010

BY: _____
PHILLIP M. HUDSON, III
Florida Bar No.: 518743

USDC Appellate Case No.: 00-6116-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this _10th_ day of February, 2000, via regular U.S. Mail, to: Reggie David Sanger, Esq., 208 S.E. 9 Street, Fort Lauderdale, Florida 33316.

By: _____
Phillip M. Hudson, III