UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.00-6116-CIV-MIDDLEBROOKS

In re:

HCL AVIATION, INC.,
d/b/a Av Atlantic,

        Debtor,
_____/

MARIKA TOLZ, Trustee of the
Estate of HCL Aviation, Inc.,

        Plaintiff/Appellee,

v.

STAMBAUGH AVIATION, INC.,

        Defendant/Appellant.
_____/

FILED by JW D.C.
FEB 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA MIAMI

## ORDER GRANTING MOTION FOR EXTENSION

This Cause came before the Court upon Appellant's Motion for Extension of Time to File Initial Brief, filed February 9, 2000 (DE#5). Having reviewed the file and being otherwise fully informed in the premises, it is hereby ORDERED AND ADJUDGED that Appellant's Motion (DE#5) is **GRANTED**. Appellant shall have until **March 1, 2000** to file and serve its initial appellate brief.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of February 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record

