UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION - MIAMI

IN RE:

HCL AVIATION, INC.,

    Debtor.
_____/

STAMBAUGH AVIATION, INC.,

    Appellant,
vs.

MARIKA TOLZ, Trustee of the Estate
of HCL Aviation, Inc.,

    Appellee.
_____/

DISTRICT COURT NO.
00-6116-CIV-MIDDLEBROOKS

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

Appellee, MARIKA TOLZ, TRUSTEE, by and through her undersigned counsel hereby files this her Motion for Extension of Time to File Initial Brief, and states as follows:

1. The Appellant received an extension in the deadline to file its initial brief to March 1, 2000.

2. The Appellee has fifteen (15) days from the filing of Appellant's initial brief to file her brief.

3. Counsel for the Appellee has been sick for four of the last ten days and has been unable to complete the Appellee's initial brief.

4. In view of the foregoing, the Appellee would request a fifteen (15) day extension of time to file her brief.



5. Opposing counsel has no objection to this brief extension.

WHEREFORE the Appellee, MARIKA TOLZ, Trustee of the Estate of HCL Aviation, Inc., prays that this Court grant her a fifteen (15) day extension to file her initial brief in this cause.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by mail **Philip M. Hudson, III, Esquire**, GUNSTER, YOAKLEY, VALDES-FAULI & STEWART, P.A., One Biscayne Tower, Suite 3400, 2 South Biscayne Boulevard, Miami, FL 33131-1897 on this 10th day of March, 2000.

*I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090A.*

REGGIE DAVID SANGER, P.A.
208 S.E. 9th Street
Fort Lauderdale, FL 33316
Tel.  (954) 463-8547
Fax  (954) 463-8356

By: _____
Reggie David Sanger, Esquire
Florida Bar No: 231215