UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION - MIAMI

FILED by ___ D.C.
MAR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN RE:

HCL AVIATION, INC.,

    Debtor.
_____/

STAMBAUGH AVIATION, INC.,

    Appellant,

vs.

MARIKA TOLZ, Trustee of the Estate
of HCL Aviation, Inc.,

    Appellee.
_____/

DISTRICT COURT NO.
00-6116-CIV-MIDDLEBROOKS

ORDER

Granted __X__ Denied ___
Comments: Appellee has until April 3, 2000 within which to file her brief.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
3/27/00

FILED BY ___
2000 MAR 16 AM 11: 35

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

Appellee, MARIKA TOLZ, TRUSTEE, by and through her undersigned counsel hereby files this her Motion for Extension of Time to File Initial Brief, and states as follows:

1. The Appellant received an extension in the deadline to file its initial brief to March 1, 2000.

2. The Appellee has fifteen (15) days from the filing of Appellant's initial brief to file her brief.

3. Counsel for the Appellee has been sick for four of the last ten days and has been unable to complete the Appellee's initial brief.

4. In view of the foregoing, the Appellee would request a fifteen (15) day extension of time to file her brief.

