

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Southern Division - Miami

CASE NO.: 00-6116-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

In re:    USBC CASE NO.: 97-21399-BKC-PGH
          Chapter 7 Proceeding
HCL AVIATION, INC.,
d/b/a Av Atlantic,

  Debtor.
_____/

MARIKA TOLZ, Trustee of the    USBC ADV. NO.: 99-2081-BKC-PGH-A
Estate of HCL Aviation, Inc.,

  Plaintiff / Appellee,

v.

STAMBAUGH AVIATION, INC.,

  Defendant / Appellant.
_____/

### MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellant, Stambaugh Aviation, Inc. ("Stambaugh") by and through undersigned counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., Rule 8011 of the Fed. R. Bankr. P. and Rule 87.4 of the Local Rules, move for an extension of time within which to file its initial brief and states as follows:

1. Stambaugh's reply brief is currently due on April 13, 2000.

2. Counsel is in the process of preparing the reply brief, however, it is necessary to request a 10-day extension of time to and including April 23, 2000 for Stambaugh to file and serve



GUNSTER, YOAKLEY, VALDES-FAULI & STEWART, P.A.
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW                                271127.1

USDC Appellate Case No.: 00-6116-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

its reply brief. The need for the extension is based upon the recent travel schedule and workload of undersigned counsel.

3. Undersigned counsel has conferred with counsel for Trustee regarding this matter and Trustee's counsel has no objection to the extension.

4. This motion is made in good faith and not for any improper purpose.

5. A proposed Order granting this motion is submitted herewith.

**WHEREFORE**, Appellant Stambaugh Aviation, Inc. respectfully requests the Court enter an Order granting Stambaugh's motion for extension of time through and including April 23, 2000 to file their reply brief and for any further relief as this Court deems just and proper.

Respectfully submitted,

GUNSTER, YOAKLEY, VALDES-FAULI & STEWART, P.A.
Attorneys for Stambaugh Aviation, Inc.
One Biscayne Tower, Suite 3400
Two South Biscayne Boulevard
Miami, Florida 33131-1897
PH: (305) 376-6000
FX: (305) 376-6010

BY: _____
PHILLIP M. HUDSON, III
Florida Bar No.: 518743

USDC Appellate Case No.: 00-6116-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this __10__ day of April, 2000, via regular U.S. Mail, to: Reggie David Sanger, Esq., 208 S.E. 9 Street, Fort Lauderdale, Florida 33316.

By: _____
Phillip M. Hudson, III