

FILED by ᴊᴡ D.C.

APR 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Southern Division - Miami

CASE NO.: 00-6116-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

In re:

HCL AVIATION, INC.,
d/b/a Av Atlantic,

    Debtor.
_____|

MARIKA TOLZ, Trustee of the
Estate of HCL Aviation, Inc.,

    Plaintiff / Appellee,

v.

STAMBAUGH AVIATION, INC.,

    Defendant / Appellant.
_____/

USBC CASE NO.: 97-21399-BKC-PGH
Chapter 7 Proceeding

USBC ADV. NO.: 99-2081-BKC-PGH-A

### ORDER GRANTING MOTION FOR EXTENSION
### OF TIME TO FILE REPLY BRIEF

This matter having come before the Court upon Appellant's Motion for Extension of Time to File a Reply Brief, and the Court having reviewed the file and being otherwise fully informed in the premises, it is hereby:

ORDERED that Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. Appellant shall have through and until April 23, 2000 to file and serve its Reply Brief.

DONE AND ORDERED in Chambers in the Southern District of Florida this 15th day of April, 2000.

                          DONALD M. MIDDLEBROOKS
                          UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
  Phillip M. Hudson III, Esq.
  Reggie David Sanger, Esq.

