

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6116-CIV-MIDDLEBROOKS

In re:

HCL AVIATION, INC.,
d/b/a AV Atlantic

       Debtor,

_____

MARIKA TOLZ, Trustee of the
Estate of HCL Aviation, Inc.,

       Plaintiff/Appellee,

vs.

STAMBAUGH AVIATION, INC.,

       Defendant/Appellant.
_____/

### ORDER OF TRANSFER

    GOOD CAUSE appearing that a transfer of this Cause is appropriate pursuant to Local Rule 3.9(C), and subject to the consent of the Honorable Adalberto Jordan, it is,

    ADJUDGED that the above-numbered Cause is transferred to the calendar of Judge Adalberto Jordan for all further proceedings.

    DONE AND ORDERED in Chambers at Miami, Florida this 14th day of July 2000.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE



After reviewing the Court file in the above-numbered Cause, the undersigned accepts the transfer of this case. Therefore, it is

ORDERED AND ADJUDGED that all pleadings filed after this date shall bear the following case number, 00-6116-CIV-JORDAN, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is accepted this 2nd day of July 2000.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

Copies to: Judge Middlebrooks, Lucy Lara, counsel of record