UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6116-CIV-JORDAN

In re:                                        )
HCL AVIATION, INC.,                           )
D/b/a AV Atlantic,                            )
                                              )
        Debtor.                               )
                                              )
MARIKA TOLZ, Trustee of the Estate of         )
HCL Aviation, Inc.,                           )
                                              )
        Appellant                             )
                                              )
vs.                                           )
                                              )
STAMBAUGH AVIATION, INC.,                     )
        Appellant.                            )
                                              )



FILED by _____ D.C.
SEP 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**NOTICE OF HEARING**

The Court will hear argument on the bankruptcy appeal at 2:00 p.m. on October 20, 2000 in Courtroom Eight of the United States Courthouse, 301 North Miami Avenue, Miami, Florida.

DONE and ORDERED in chambers in Miami, Florida, this 14 day of September, 2000.

Adalberto Jordan
United States District Judge

By: _____
Maria E. Conboy
Courtroom Deputy

Copy to:   Phillip M. Hudson, Esq.
           Reggie David Sanger, Esq.