UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6116-CIV-MIDDLEBROOKS

IN RE:

HCL AVIATION, INC.
d/b/a AV ATLANTIC'

　　Debtor
_____/

MARIKA TOLZ, Trustee of the
Estate of HCL Aviaytion, Inc.,

　　Plaintiff/Appellee,

vs.

STAMBAUGH AVIATION, INC.,

　　Defendant/Appellant.
_____/



## STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER

The undersigned law firm, at the request of the client, hereby stipulate to the substitution of THE HUDSON LAW FIRM as Defendant/Appellant, STAMBAUGH AVIATION, INC., counsel in this case, in lieu of GUNSTER, YOAKLEY & STEWART, P.A.

| | |
|---|---|
| GUNSTER, YOAKLEY & STEWART, P.A. | THE HUDSON LAW FIRM |
| 2 S. Biscayne Boulevard | Brickell Bayview Centre, Suite 3100 |
| Suite 3400 | 80 S.W. Eighth Street |
| Miami, Florida 33131 | Miami, Florida 33130 |
| Tel: (305) 376-6000 | Tel: (305) 536-8868 |
| Fax: (305) 376-6010 | Fax: (305) 579-4722 |
| By: _____ | By: _____ |
| Raymond V. Miller, Esq. | Phillip M. Hudson, Esq. |
| Florida Bar No. 328901 | Florida Bar No. 518743 |

OCT 2 5 2000

Rec'd in M/A Dkt _____