UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6116-CIV-MIDDLEBROOKS

IN RE:

HCL AVIATION, INC.
d/b/a AV ATLANTIC'

    Debtor
_____/

MARIKA TOLZ, Trustee of the
Estate of HCL Aviation, Inc.,

    Plaintiff/Appellee,

vs.

STAMBAUGH AVIATION, INC.,

    Defendant/Appellant.
_____/



FILED by _____ D.C.

OCT 24 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came on for consideration on the foregoing Stipulation for Substitution of Counsel. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the foregoing Stipulation should be and is hereby **APPROVED**. The Hudson Law Firm is hereby substituted for the law firm of Gunster, Yoakley & Stewart, P.A. as counsel for Defendant/Appellant, STAMBAUGH AVIATION, INC, in the above-styled cause. The law firm of Gunster, Yoakley & Stewart, P.A. has no further responsibility for this action.



**DONE AND ORDERED** in Chambers, Miami, Florida on this 27 day of October, 2000.

HONORABLE DONALD M. MIDDLEBROOKS
CIRCUIT COURT JUDGE

cc: Phillip M. Hudson III, Esq.
Raymond V. Miller, Esq.
288797.1 Reggie D. Sanger, Esq.