```
                UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF FLORIDA

                       MIAMI DIVISION
```

IN RE:

HCL AVIATION, INC. DBA
AV ATLANTIC,

    DEBTOR.

. . . . . . . . . . . . . . .

MARIKA TOLZ,                          . CASE NO. 00-6116-CIV-JORDAN

    PLAINTIFF/APPELLEE,               . MIAMI, FLORIDA
                                      . OCTOBER 25, 2000
    V.                                . 9:36 A.M.

STAMBAUGH AVIATION, INC.,

    DEFENDANT/APPELLANT.

. . . . . . . . . . . . . . .

FILED by _____ D.C.
APPEAL
NOV 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
              TRANSCRIPT OF ORAL ARGUMENT HAD

         BEFORE THE HONORABLE ADALBERTO JORDAN,

                UNITED STATES DISTRICT JUDGE.


                       - - - - -


                  PAGES 1 THROUGH 39

                       - - - - -
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)523-5568

