UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6116-CIV-MIDDLEBROOKS

In Re:

HCL AVIATION, INC.
d/b/a AV Atlantic'

    Debtor,
_____/

MARIKA TOLZ, Trustee of the
Estate of HCL Aviation, Inc.,

    Plaintiff/Appellee,

vs.

STAMBAUGH AVIATION, INC.,

    Defendant/Appellant.
_____/

### NOTICE OF SUBSTITUTION OF COUNSEL

**COMES NOW**, the undersigned, and hereby stipulate to the substitution of LUCIO, BRONSTEIN, GARBETT & STIPHANY, P.A. as counsel to the Receiver in this cause, in lieu of THE HUDSON LAW FIRM.

| | |
|---|---|
| THE HUDSON LAW FIRM | LUCIO, BRONSTEIN, GARBETT |
| Brickell Bayview Centre, Suite 3100 | & STIPHANY, P.A. |
| 80 S.W. Eighth Street | Brickell Bayview Centre, Suite 3100 |
| Miami, Florida 33130 | 80 S.W. Eighth Street |
| Telephone: (305) 536-8868 | Miami, Florida 33130 |
| Facsimile: (305) 579-4722 | Telephone: (305) 536-8868 |
| | Facsimile: (305) 579-4722 |

By: _____
    PHILLIP M. HUDSON III
    Florida Bar No. 518743

By: _____
    PHILLIP M. HUDSON III
    Florida Bar No. 518743

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this ___ day of December, 2000 to: **Reggie David Sanger, Esq.**, 208 S.E. 9th Street, Ft. Lauderdale, FL 33316.

                                          Lucio, Bronstein, Garbett & Stiphany, P.A.
                                          Attorneys for Stambaugh Aviation, Inc.
                                          Brickell Bayview Centre, Suite 3100
                                          80 S.W. Eighth Street
                                          Miami, Florida 33130
                                          Telephone: (305) 536-8868
                                          Facsimile: (305) 579-4722

By: _____
              PHILLIP M. HUDSON III
              Florida Bar No. 518743

V:\1614\001\Pleadings\Substitution of Counsel-Hudson to Lucio...doc

LUCIO, BRONSTEIN, GARBETT & STIPHANY, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012