UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 00-6116-CIV-JORDAN

IN RE:

HCL AVIATION, INC.,
    Debtor.
_____

STAMBAUGH AVIATION, INC.,

    Appellant,
vs.

MARIKA TOLZ, TRUSTEE,

    Appellee.
_____/

## NOTICE OF BANKRUPTCY

YOU ARE HEREBY NOTIFIED that the above named Appellant, STAMBAUGH AVIATION, INC., filed a voluntary petition in bankruptcy in the UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF PENNSYLVANIA on June 12, 2002 as a Chapter 11 proceeding. The case number is 02-03208RJW-1.

The undersigned counsel files this Suggestion for notice purposes only.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by facsimile and mail to Phillip M. Hudson, III, Esquire, LUCIO, BRONSTEIN, ET AL., Brickell Bayview Centre, Suite 3100, 80 SW 8th Street, Miami, FL 33130, on the 13th day of January, 2002.

                REGGIE DAVID SANGER, P.A.
                Attorney for the Appellee
                208 S.E. 9th Street
                Fort Lauderdale, FL 33316
                Tel. (954) 463-8547
                Fax (954) 463-8356

                By: _____
                Reggie David Sanger, Esquire
                FBN 231215